United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Centennial Bank, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-22883-Civ-Scola |
| ) | |
| M/V Why Not and Why Not I, LLC, ) | |
| Defendants. ) | |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendation on Plaintiff Centennial Bank's motion to tax costs (ECF No. 38). Judge Goodman issued a report, recommending that the Court grant Centennial's motion to tax costs in its entirety and award Centennial $159,435.99. (Rep. & Recs., ECF No. 47.) No objections have been filed and the time to object has passed. Irrespective of the lack of objections, the Court has considered Judge Goodman's report on a de novo basis and finds it cogent and compelling.

Accordingly, the Court **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 47**) and **grants** Centennial's motion to tax costs (**ECF No. 38**). Consistent with the report, the Court awards **$159,435.99** in taxable costs to Centennial Bank, to be paid by Defendants M/V Why Not and Why Not I, LLC.

**Done and ordered** at Miami, Florida on November 2, 2023.

_____
Robert N. Scola, Jr.
United States District Judge