United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Centennial Bank, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-22883-Civ-Scola |
| | ) |
| M/V Why Not and Why Not I, LLC, | ) |
| Defendants. | ) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendation on Plaintiff Centennial Bank's motion for attorney's fees and prejudgment interest (ECF No. 48). Judge Goodman issued a report, recommending that the Court grant in part and deny in part Centennial's motion, awarding it $36,140.00 in attorney's fees[1] and $9,531.20 in prejudgment interest.[2] (Rep. & Recs., ECF No. 54.) No objections have been filed and the time to object has passed. Irrespective of the lack of objections, the Court has considered Judge Goodman's report on a de novo basis and finds it cogent and compelling.

Accordingly, the Court **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 54**) and **grants in part and denies in part** Centennial's motion for attorney's fees and prejudgment interest (**ECF No. 48**). Consistent with the report, the Court awards **$36,140.00** in attorney's fees and **$9,531.20** in prejudgment interest to Centennial Bank, to be paid by Defendants M/V Why Not and Why Not I, LLC, jointly and severally, and for which sum let execution issue.

**Done and ordered** at Miami, Florida on June 17, 2024.

_____
Robert N. Scola, Jr.
United States District Judge

---

[1] Reduced from the $59,944.00 in attorney's fees Centennial Bank sought.

[2] After Judge Goodman ordered supplemental briefing, Centennial Bank reduced the prejudgment interest it sought from $40,555.44 to $9,531.20.